Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of moufflons similar in all material respects to those the subject of Abstract 57768, the claim for free entry under paragraph 1681 was sustained.

**No. 58233.**—Scott B. Parry *v.* United States, protest 220244–K (New York).

Opinion by OLIVER, C. J.   Since the evidence showed that the shipment under consideration was comprised of a set of 36 bells, it was held that the merchandise falls squarely within the provision in paragraph 1541 (c), as modified, *supra.*   Accordingly, the claim of the plaintiff was sustained.

**No. 58234.**—Thalson Co. and Joseph A. Paredes & Co. et al. *v.* United States, protests 214431–K, etc. (San Francisco).

Opinion by OLIVER, C. J.   It was stipulated that the merchandise and issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519).   In accordance with stipulation of counsel and following the cited case, the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

BEFORE THE SECOND DIVISION, JUNE 30, 1954

**No. 58235.**—Nisonger Sales Co. and Alltransport, Inc., et al. *v.* United States, protests 176949–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of speedometers and parts thereof similar in all material respects to the merchandise the subject of *Industrial Operations, Inc.* v. *United States* (30 Cust. Ct. 82, C. D. 1500), except that the speedometers and

parts thereof in the cited case were designed and intended for use as parts of motorcycles whereas those at bar are intended for use as parts of automobiles, the claim of the plaintiffs was sustained.

**No. 58236.**—Alltransport, Inc., and Asam Mfg. Co. et al. *v.* United States, protests 186578-K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of speedometers and parts thereof similar in all material respects to the merchandise the subject of *Industrial Operations, Inc.* v. *United States* (30 Cust. Ct. 82, C. D. 1500), except that the speedometers and parts thereof in the cited case were designed and intended for use as parts of motorcycles whereas those at bar are intended for use as parts of automobiles, the claim of the plaintiffs was sustained.

**No. 58237.**—Alfred Hornung *v.* United States, protests 169031-K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of pedometers of a type known as step counters similar in all material respects to those passed upon in *Alfred Hornung* v. *United States* (31 Cust. Ct. 126, C. D. 1558), the claim of the plaintiff was sustained.

**No. 58238.**—Malhame & Co. *v.* United States, protests 203315-K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the sheets or printed pages of books bound wholly or in part in leather the subject of *United States* v. *John Wanamaker* (20 C. C. P. A. 381, T. D. 46185), the claim of the plaintiff was sustained.

**No. 58239.**—C. J. Tower & Sons *v.* United States, protest 171559-K (Buffalo).